IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 5:21-cr-8 |
| WALLACE STEVEN ANDERSON, | |
| Defendant. | |

**O R D E R**

On May 31, 2022, the parties filed their Joint Status Report. Doc. 73. In that Report, the parties state that all pretrial motions in this case as to Defendant Wallace Steven Anderson have been resolved. Accordingly, the Court **DENIES as moot** all motions, docs. 42, 62-64, and 69. The Motions Hearing scheduled for June 15, 2022 at 10:00 a.m. as to Defendant Wallace Steven Anderson is cancelled.

**SO ORDERED**, this 1st day of June, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA